UNITED STATES *v.* AMERICAN IMPORT CO., c/o H. R. LOCKWOOD

**No. 6140.**—Invoice dated Mexico, D. F., July 28, 1943.
Certified July 28, 1943.
Entered at Laredo, Tex., September 30, 1943.
Entry No. 1949.

(Decided May 1, 1945)

*Paul P. Rao*, Assistant Attorney General (*Samuel D. Spector*, special attorney), for the plaintiff.

*Philip Stein* for the defendant.

COLE, Judge: This appeal for reappraisement presents for determination the proper dutiable value of cotton rag rugs exported from Mexico and entered at Laredo, Tex.

When the case was called for hearing at the port of entry on March 6, 1945, counsel stipulated that the items of "Labels 'Made in Mexico'" and "Clasps," as invoiced, should be added to the appraised value to make the proper dutiable value of the instant merchandise.

On the stipulated facts, I hold the value of the imported merchandise to be the appraised value plus the items hereinabove referred to. Judgment will be rendered accordingly.